■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY URBAEZ, Appellant. [902 NYS2d 417]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Dolan, J.), rendered August 7, 2008, convicting him of promoting prison contraband in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes*, 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon our independent review pursuant to CPL 470.15 (5), we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]).

The defendant's remaining contentions are unpreserved for

appellate review. Mastro, J.P., Covello, Belen and Hall, JJ., concur.